Appeals # 04-17-00560-CR
Trial Court Case # 2016CR7704
October 30, 2017

To: Fourth Court of Appeals District

FILED IN THE FOURTH COURT OF APPEALS AT SAN ANTONIO, TEXAS
2017 NOV -2 PM 1:43
KEITH E. HOTTLE CLERK OF THE COURT

* I would like to start off by thanking you greatly for responding to my letter, it is much appreciated. I would like to inform you that mr. "David Cuellar" my Appointed Attorney at the time of sentencing, did not have my Permission to file AN Appeal. Nor did mr. Cuellar even INform me of him doing so. I dont Know what Possesed mr. Cuellar to do so without my Knowledge or consent.

* This whole Appeal Process has Prolonged my INcarceration severley, and uN-fairley, I was Sentenced to Probation Along with 6 months SAFP. Now Due to mr. Cuellar's UNProfessional actions It appears to be a 6 month+ wait for the mandate to Issue iN December. Than I can hopefully go to SAFP, but I dont think it is Fair I wait 6+ months here iN county then go to SAFP 6 months than 3 months halfway house.

* Please consider my request And help me maybe Issue the mandate iN November some time, or help me be released at my 6 month Point of INcarceration from here At County. Please help me, I'm so lost Respectfully, Robert Noting

Robert R. Nolin
sid #936744

200 N. Comal
SAN ANTONIO TX
78207

FILED
SAN ANTONIO, TEX
2017 NOV -2 PM 1:42
Keith E. Hottle
KEITH E. HOTTLE, CLERK

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
31 OCT 2017 PM 4 L

PURPLE HEART
FOREVER USA

To: Court of Appeals
\* Fourth Court of Appeals
    CADENA-REEVES Justice Center \*
. 300 Dolorosa, Suite 3200.
SanAntonio, Texas 78205

78205-303799